UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United Wholesale Mortgage,
LLC,

                          Plaintiff(s),

v.                                   Case No. 2:24–cv–10216–TGB–DRG
                                                           Hon. Terrence G. Berg

Atlantic Trust Mortgage
Corporation,

                          Defendant(s),

## NOTICE OF DETERMINATION OF MOTION
## WITHOUT ORAL ARGUMENT

The following motion(s) have been filed:

       Motion to Dismiss – #23

Pursuant to Eastern District of Michigan LR 7.1(f)(2), the motion(s) will be determined by District Judge Terrence G. Berg *without* oral argument.

Response and reply briefs shall be filed in accordance with Eastern District of Michigan LR 7.1(e).

Courtesy copies are not required.

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                  By: s/Emily P Vradenburg
                                                      Case Manager

Dated:  September 4, 2025