UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United Wholesale Mortgage,
LLC,

                              Plaintiff(s),

v.                                                Case No. 2:24–cv–10216–TGB–DRG
                                                  Hon. Terrence G. Berg

Atlantic Trust Mortgage
Corporation,

                              Defendant(s),

_____

### NOTICE OF TELEPHONIC CONFERENCE

PLEASE TAKE NOTICE that a telephonic conference has been scheduled before District Judge Terrence G. Berg as follows:

• STATUS CONFERENCE:  March 26, 2026 at 11:00 AM

The conference shall be initiated by Plaintiff.

If possible, please refrain from the use of cell phones.  If a party wishes to be called at a number other than the one listed on the docket, please give that information to the party initiating the call.

**ADDITIONAL INFORMATION:**    Counsel for Plaintiff shall initiate the call and include the Court when all parties are present by calling (313) 234 2640.

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                        By: s/Emily P Vradenburg
                                            Case Manager

Dated:  March 25, 2026