UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United Wholesale Mortgage,
LLC,

                          Plaintiff(s),

v.                                              Case No. 2:24–cv–10216–TGB–DRG
                                                Hon. Terrence G. Berg

Atlantic Trust Mortgage
Corporation,

                          Defendant(s),

_____

**NOTICE OF DETERMINATION OF MOTION
WITHOUT ORAL ARGUMENT**

   The following motion(s) have been filed:

            Motion to Take Deposition – #37
   Pursuant to Eastern District of Michigan LR 7.1(f)(2), the motion(s) will be determined by District Judge Terrence G. Berg ***without*** oral argument.

   Response and reply briefs shall be filed in accordance with Eastern District of Michigan LR 7.1(e).

   Courtesy copies are not required.

**Certificate of Service**

   I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                              By: s/Emily P Vradenburg
                                  Case Manager

Dated:   May 22, 2026