**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| UNITED WHOLESALE MORTGAGE, LLC, | Case No. 2:24-cv-10216 |
| Plaintiff, | Hon. Terrence G. Berg |
| v. | Mag. David R. Grand |
| ATLANTIC TRUST MORTGAGE CORPORATION, | |
| Defendant. | |

**STIPULATION RESOLVING AWARD OF ATTORNEYS' FEES**

**WHEREAS**, on June 8, 2026, the Court awarded Defendant an award of reasonable attorneys' fees and ordered Defendant to file a motion for attorney's fees (ECF No. 41, PageID.1099-1100 ("Order"));

**WHEREAS**, on June 22, 2026, Defendant filed its Motion for Attorneys' Fees (ECF No. 42), which requested a total amount of $50,670 in attorneys' fees;

**WHEREAS**, the parties having met and conferred on June 25, 2026 to resolve the award of reasonable attorneys' fees;

**THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by the parties, through their undersigned counsel, that:

1.  The reasonable attorneys' fees awarded by the Court under the Order, ECF No. 41, shall total $40,770.

2.      Plaintiff shall pay Defendant's counsel $40,770 by check or wire transfer within 15 days of Plaintiff receiving Defendant's counsel's Form W-9 and wiring instructions. Payment by check shall be made payable to Morganroth & Morganroth, PLLC IOLTA Client Trust Account, and sent to:

> Morganroth & Morganroth, PLLC
> Attn: Jason R. Hirsch
> 344 N. Old Woodward Ave., Suite 200
> Birmingham, MI 48009.

Stipulated as to form and substance by:

| Dated: June 30, 2026 | Respectfully submitted, |
|---|---|
| */s/ Mahde Y. Abdallah* | */s/ Jason R. Hirsch (w/consent*) |
| Roger P. Meyers (P73255) | Jeffrey B. Morganroth (P41670) |
| William E. McDonald (P76709) | Jason R. Hirsch (P58034) |
| Moheeb H. Murray (P63893) | **MORGANROTH & MORGANROTH,** |
| Mahde Y. Abdallah (P80121) | **PLLC** |
| **BUSH SEYFERTH PLLC** | 344 N. Old Woodward Ave., Suite 200 |
| 100 West Big Beaver Road, Suite 400 | Birmingham, MI 48009 |
| Troy, MI 48084 | (248) 864-4000 |
| T/F: (248) 822-7800 | jmorganroth@morganrothlaw.com |
| meyers@bsplaw.com | jhirsch@morganrothlaw.com |
| mcdonald@bsplaw.com | *Attorneys for Atlantic Trust Mortgage* |
| murray@bsplaw.com | *Corporation* |
| abdallah@bsplaw.com | |
| *Attorneys for United Wholesale* | |
| *Mortgage, LLC* | |

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

UNITED WHOLESALE
MORTGAGE, LLC,

      Plaintiff,

v.

ATLANTIC TRUST
MORTGAGE CORPORATION,

      Defendant.

Case No. 2:24-cv-10216

Hon. Terrence G. Berg
Mag. David R. Grand

## ORDER RESOLVING AWARD OF ATTORNEYS' FEES

This matter having come before the Court upon stipulation of the parties, and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED** that the reasonable attorneys' fees awarded by the Court under the Order Holding Plaintiff in Contempt and Directing Plaintiff to Produce Mathew Ishbia for Deposition, ECF No. 41, shall total $40,770.

**IT IS FURTHER ORDERED** that Plaintiff shall pay Defendant's counsel $40,770 by check or wire transfer within 15 days of Plaintiff receiving Defendant's counsel's Form W-9 and wiring instructions. Payment by check shall be made payable to Morganroth & Morganroth, PLLC IOLTA Client Trust Account, and sent to:

Morganroth & Morganroth, PLLC
Attn: Jason R. Hirsch
344 N. Old Woodward Ave., Suite 200
Birmingham, MI 48009.

**IT IS FURTHER ORDERED** that Defendant's Motion for Attorneys' Fees

(ECF No. 42) is mooted by the parties' above stipulation and this Order.

**SO ORDERED.**


Date: June 30, 2026                          s/Terrence G. Berg_____
                                             Hon. Terrence G. Berg
                                             United States District Court Judge