**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| UNITED WHOLESALE MORTGAGE, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ATLANTIC TRUST MORTGAGE CORPORATION,<br><br>Defendant. | Case No. 2:24-cv-10216<br>Hon. Terrence G. Berg<br>Mag. David R. Grand |

**STIPULATION ADJOURNING DEADLINES PENDING MEDIATION**

IT IS HEREBY STIPULATED AND AGREED by the parties, through their counsel, that (1) all current deadlines, including, without limitation, the deadlines set forth in the Court's July 30, 2026 Text-Only Order, be adjourned without date while the parties engage in mediation, (2) the adjournment is without prejudice to any party's current rights, and (3) the parties will keep the Court apprised of the mediation date and result for the Court to determine post-mediation deadlines, if necessary.

Dated: August 14, 2026

Respectfully submitted,

*/s/ Mahde Y. Abdallah*
Moheeb H. Murray (P63893)
Mahde Y. Abdallah (P80121)
**BUSH SEYFERTH PLLC**
100 West Big Beaver Road, Suite 400
Troy, MI 48084
T/F: (248) 822-7800
murray@bsplaw.com
abdallah@bsplaw.com
*Attorneys for Plaintiff*

*/s/ Jason R. Hirsch (w/consent*)
Jeffrey B. Morganroth (P41670)
Jason R. Hirsch (P58034)
**MORGANROTH & MORGANROTH**
344 N. Old Woodward Ave., Suite 200
Birmingham, MI 48009
(248) 864-4000
jmorganroth@morganrothlaw.com
jhirsch@morganrothlaw.com
*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED WHOLESALE MORTGAGE, LLC,

Plaintiff,

v.

ATLANTIC TRUST MORTGAGE CORPORATION,

Defendant.

Case No. 2:24-cv-10216
Hon. Terrence G. Berg
Mag. David R. Grand

**ORDER ADJOURNING DEADLINES PENDING MEDIATION**

This matter having come before the Court upon stipulation of the parties, and the Court being fully advised in the premises; **IT IS HEREBY ORDERED** that (1) all current deadlines, including, without limitation, the deadlines set forth in the Court's July 30, 2026 Text-Only Order, are adjourned without date while the parties engage in mediation, (2) the adjournment is without prejudice to any party's current rights, and (3) the parties shall keep the Court apprised of the mediation date and result for the Court to determine post-mediation deadlines, if necessary.

**SO ORDERED.**

Date: August 14, 2026

**s/Terrence G. Berg**

Hon. Terrence G. Berg
United States District Court Judge